IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.           **Civ. No. 14-693 KG/SMV**

$7,300.00 IN UNITED STATES CURRENCY,

    *Defendants*,

and

DOMINIC MARTINEZ AND
ANNABELLE MARTINEZ,

    *Claimants.*

## CERTIFICATE OF REASONABLE CAUSE

This matter, having come before the court on the United States' Motion for Entry of a 28 U.S.C. § 2465 Certificate of Reasonable Cause, the court having read the motion and being fully advised in the premises, finds that reasonable cause existed for arrest of the Defendant Currency in this case.

IT IS THEREFORE ORDERED that this Certificate of Reasonable Cause be entered.

                                                UNITED STATES DISTRICT JUDGE

Submitted by:

*Electronically submitted December 19, 2014*
STEPHEN R. KOTZ
Assistant U.S. Attorney