IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       *Plaintiff*,

v.                              Civ. No.   14-693 KG/SMV

$7,300.00 IN UNITED STATES CURRENCY,

       *Defendants*,
and

DOMINIC MARTINEZ AND
ANNABELLE MARTINEZ,

       *Claimants.*

## DEFAULT JUDGMENT AND ORDER OF FORFEITURE

This matter having come before the court on the United States Motion for Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Court having reviewed the motion and other material matters on file and being fully advised in the premises, FINDS:

1.      The statements contained in the Praecipe, Clerk's Certificate of Default, and Motion for Default Judgment are true.

2.      This Court has jurisdiction over the parties to and the subject matter of this action and power to enter this Default Judgment.

IT IS THEREFORE ORDERED that all right, title and interest in the Defendant Currency is forfeited to the United States and title thereto is vested in the United States.

                                                                                           UNITED STATES DISTRICT JUDGE

Submitted by:
*Electronically submitted December 19, 2014*
STEPHEN R. KOTZ
Assistant U.S. Attorney